**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| ROBERT L. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:05-cv-0069-SEB-VSS |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Robert L. Miller is not entitled to Disability Insurance Benefits based on his application filed on August 28, 2000, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

Date: 02/28/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov